JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN MAGHEN; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**OVERSTOCK.COM INSURANCE AGENCY,**<br><br>Defendant. | **Case No.:** CV14-3818 PA (MANx)<br><br>**ORDER** |

Based upon the Parties' Joint Stipulation For Dismissal, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice as to Plaintiffs and without prejudice as to the putative class members. Each party to bear their own attorneys' fees and costs.

Dated: September 23, 2014

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE